IN THE COMMONWEALTH COURT OF PENNSYLVANIA

R.F.M.,                                  :
                        Petitioner       :
                                         :
            v.                           :          No. 495 M.D. 2019
                                         :
Pennsylvania State Police,               :
                        Respondent       :


**PER CURIAM**              **O R D E R**


NOW, January 6, 2022, upon consideration of Petitioner's application for reconsideration/reargument, the application is denied.